# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **COLBY RAY COCHRAN** | Case No.: 4:18-CR-00030-CDL-MSH-1 |

## ORDER ON MOTION FOR CONTINUANCE

Defendant **Colby Cochran** has moved the Court to continue the pre-trial conference of his case, presently scheduled for October 30, 2018. The Government does not oppose this motion. Defendant was arraigned on September 7, 2018, and is currently in custody. Additional time is needed for pretrial investigation, legal research and to enter into plea negotiations between the defendant and government if warranted. The Court finds that it is in the interests of justice to allow the parties to complete investigation, legal research and to explore possible plea negotiations and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 19] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's MARCH 2019 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this **11th** day of **October** 2018.

s/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT